```
                                    FILED - SOUTHERN DIVISION
                                    CLERK, U.S. DISTRICT COURT

                                          AUG 2 2 2012

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY  shy              DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES ARTHUR HINSHAW, | Case No. CV 12-02595 GAF (AN) |
| Plaintiff, | ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |
| v. | |
| KENNETH BURFIELD, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Plaintiff's Objections [25], which are inconsistently and confusingly entitled "Stipulation of Dismissal Pursuant to Fed. Rule Civ. P. 41(a) (ii) and Written Statement of Objections to the Magistrate Judge's Report and Recommendation." Further, the Court has completed a *de novo* review of those portions of the R&R to which Plaintiff has objected.

IT IS ORDERED that:

1. The Objections are overruled and the R&R is accepted in its entirety because the Court finds none of the arguments raised in the Objections establish the findings and conclusions set forth in the R&R are erroneous or contrary to law.

///

2.  Judgment shall be entered dismissing the complaint with prejudice.

3.  Any and all other pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: August 21, 2012

GARY A. FEESS
UNITED STATES DISTRICT JUDGE