1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**AUG 2 2 2012**

CENTRAL DISTRICT OF CALIFORNIA
BY Shy                    DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CHARLES ARTHUR HINSHAW, ) | Case No.  CV 12-02595 GAF (AN) |
| Plaintiff, ) | |
| v. ) | JUDGMENT |
| KENNETH BURFIELD, et al., ) | |
| Defendants. ) | |

IT IS HEREBY ADJUDGED AND DECREED THAT the complaint is dismissed with prejudice.

Dated: August 21, 2012

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**AUG 2 2 2012**

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY