FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 2 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy                          DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CHARLES ARTHUR HINSHAW, | Case No.  CV 12-02595 GAF (AN) |
| Plaintiff, | |
| v. | JUDGMENT |
| KENNETH BURFIELD, et al., | |
| Defendants. | |

IT IS HEREBY ADJUDGED AND DECREED THAT the complaint is dismissed with prejudice.

Dated: August 21,  2012

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 2 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY